UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00177-TAB-TWP |
| | ) |
| MAC'S CONVENIENCE STORES, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION TO SEAL
AND OTHER PENDING MOTIONS**

Before the Court is Plaintiff Lisa Fields' motion to maintain Filing No. 28-1 under seal. [Filing No. 31.] On February 15, 2024, Plaintiff filed a stipulation of dismissal[1]. [Filing No. 28.] Plaintiff erroneously attached the parties' confidential settlement agreement to the dismissal. [Filing No. 28-1.] Plaintiff's motion to maintain the confidential settlement agreement under seal is granted. [Filing No. 31.] The Clerk is directed to maintain Filing No. 28-1 under seal. Within Plaintiff's motion to seal, Plaintiff also seeks to withdraw her motion to strike [Filing No. 29], which sought to strike the stipulation of dismissal and attachment at Filing No. 28. Plaintiff then re-filed her stipulation of dismissal, without the confidential settlement agreement attached. [Filing No. 30.] This filing also appears on the docket as a motion that needs to be addressed. To the extent these filings need a ruling, the stipulation of dismissal [Filing No. 30] is granted and Filing Nos. 28 and 29 are denied as moot.

---

[1] Plaintiff's stipulation appears on the docket as a motion to dismiss. [Filing No. 28.]

Accordingly, Plaintiff's motion to seal [Filing No. 31] and stipulation of dismissal [Filing No. 30] are granted, and Plaintiff's motion to strike [Filing No. 29] and earlier motion to dismiss [Filing No. 28] are denied as moot.

Date: 2/21/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email